IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. CR10-1159 TUC CKJ |
| Moises Lemus-Villasenor, | ) | **O R D E R** |
| Defendant. | ) | |

The District Court has reviewed the Findings and Recommendation of the Magistrate Judge, and no objections have been filed. Therefore,

**IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts defendant's plea of guilty.

DATED this 2nd day of August, 2010.

_____
Cindy K. Jorgenson
United States District Judge